IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ALEX HERNANDEZ OSORIO           CASE NO. 06-02960 ESL

DEBTOR           CHAPTER 13

## MOTION SUBMITTING DOCUMENTS
## EVIDENCING PAYMENT TO DORAL BANK

Comes now attorney for Debtor and respectfully alleges and prays as follows:

1. On December 17, 2008 Debtor filed an answer to creditor's motion for relief from stay and failed to include evidence of payment alluded to in the motion.

2. Debtor hereby files evidence of payment to Doral Bank in support of the answer filed on December 17, 2008.

**WHEREFORE,** the Debtor prays that this Honorable Court, Doral Bank and the Trustee take notice of having filed said documents.

**CERTIFICATE OF SERVICE:** I hereby certify that on December 19, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to the following: José R. Carrión, Chapter 13 Trustee.

December 19, 2008

/s/ Otto E. Landrón Pérez 202706
Landrón & Rodríguez Law Offices
Attorneys for the Debtor
PO Box 52044
Toa Baja PR 00950-2044
Tel 795-0390 / Fax 795-2693
Email: landrodz@onelinkpr.net



| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO | PAGO MENSUAL |
|---|---|---|
| 30055385 | DUE DATE | $212.71 MONTHLY PAYMENT |

*OCT.*

**doral**bank  PO BOX 71529
SAN JUAN PR 00936-8628

*Incluya su número de préstamo en su cheque o giro.
ALEX HERNANDEZ OSORI

```
DORAL BANK
SUC. CARIBE
NOV 05 2008
PAGO RECIBIDO
SELLO 01
```

⑈000080000⑈ 300⋯0030055385⑈ 89 ⑈000002137⑈

Miembro FDIC
OCIF Lic. B-34

CUPON DE PAGO
PAYMENT COUPON

| HIPOTECA NUM. / LOAN NUMBER | FECHA DE VENCIMIENTO / DUE DATE | PAGO MENSUAL / MONTHLY PAYMENT |
|---|---|---|
| 50035764 | | $533.48 |

OCT.

**doral**bank  PO BOX 71529  SAN JUAN PR 00936-8529

*Incluya su número de préstamo en su cheque o giro.

ALEX HERNANDEZ OSOR[IO]

DORAL BANK
SUC. CARIBE
NOV 05 2008
PAGO RECIBIDO
SELLO 01

CUPON DE PAGO / PAYMENT COUPON

⑈000000000⑈ 300⋯0050035764⑈ 89 ⑈0000053348⑈

Miembro FDIC
OCIF Lic. B-34

DORAL BANK
Suc. Río Hondo
SEP 29 2008
TELLER 8

$514.81
cash